Submitted April 16, 1980.  Norman A. Levine, for appellant;  Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

435 A.2d 654

Commonwealth v. Losinger, Appellant.

Submitted December 5, 1980.  Kevin H. Way, Assistant Public Defender, for appellant;  William S. Kieser, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The order of the lower court is affirmed on the opinion of Judge Thomas C. Raup of Lycoming County.

435 A.2d 654

Commonwealth v. Lyons, Appellant.

Argued September 9, 1980.  Robert J. O'Shea, Jr., Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

435 A.2d 655

Commonwealth v. Lyons, Sr., Appellant.

Submitted March 21, 1980.
Emil W. Kantra, II, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

435 A.2d 655

Commonwealth v. Meighan, Appellant.

Argued September 10, 1980.
David S. Dessen, for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order and judgment of sentence is hereby affirmed.